# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D23-2793
LT Case No. 2001-CF-2098
_____

David J. Northrup,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

3.800 appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

David J. Northrup, Defuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


November 28, 2023


Per Curiam.

    Affirmed.


Wallis, Soud, and Kilbane, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____